IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NATHAN CLAIR,<br><br>            Defendant. | 8:22CR83<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 99), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Nathan Clair for the balance of these proceedings pursuant to the Criminal Justice Act. Beau G. Finley shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Beau G. Finley which are material to Nathan Clair's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Donald L. Schense.

DATED this 5th day of December, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge