IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR83 |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHAN CLAIR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [103]. Counsel was recently appointed to this case and has just recently received complete discovery in this matter. Counsel needs to consult with the Defendant to discuss all aspects of this case including options relating to trial and/or suitable plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [103] is granted, as follows:

1. The jury trial now set for January 8, 2024, is continued to **March 4, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 4, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** December 28, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge