IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN CLAIR,

Defendant.

**8:22CR83**

**ORDER**

On November 15, 2024, defendant Nathan Clair ("Clair") pleaded guilty pursuant to a written plea agreement (Filing No. 132) to one count of possession with intent to distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) and (b)(1).  The Court sentenced him on March 7, 2025, to a 151-month term of imprisonment to be followed by five years of supervised release (Filing No. 144).  He is currently serving that sentence at MCFP-Springfield, a Federal Medical Center in Springfield, Missouri ("MCFP Springfield").

Now before the Court is Clair's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Filing No. 151).  That statute allows the Court to reduce a defendant's sentence under limited circumstances, including where they have exhausted their ability to seek relief from the Bureau of Prisons ("BOP") and demonstrated that "extraordinary and compelling reasons warrant such a reduction."  18 U.S.C. § 3582(c)(1)(A)(i).  According to Clair, he requested sentencing relief from the warden of MCFP and his request was denied on February 18, 2026.  He reports that he suffers from a number of serious medical conditions that are not being properly addressed in prison.

The Court finds that Clair's reported circumstances present potentially colorable grounds for relief under § 3582(c)(1)(A)(i).  Accordingly, the U.S. Probation and Pretrial

Services Office is directed to investigate Clair's request for a sentence reduction and promptly file under seal a report on that investigation.

IT IS SO ORDERED.

Dated this 13th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2