IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN CLAIR,<br><br>Defendant. | **8:22CR83**<br><br>**ORDER** |

This matter is before the Court on defendant Nathan Clair's ("Clair") *pro se* motion for a reduction in sentence (Filing No. 151) pursuant to 18 U.S.C. § 3582(c)(1)(A). That statute authorizes Clair to move the Court to "reduce his term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where he is incarcerated receives a request to file such a motion on his behalf. Upon initial review, the Court finds Clair has potentially raised a colorable claim under § 3582(c)(1)(A)(i) and that appointing counsel will aid the Court in determining whether Clair's circumstances warrant any relief. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent Clair for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce his term of imprisonment.
2. In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.
3. If upon review the Federal Public Defender should conclude that Clair's motion is frivolous, the Federal Public Defender may move to withdraw as counsel.

4. The government and Clair's counsel shall each file a brief addressing Clair's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion on or before September 21, 2026. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 20th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge